IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CARL LEVERT SLOAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 110-096 |
| | ) | |
| BRUCE CHAPMAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss for lack of exhaustion is **DENIED**. (Doc. no. 9.) In addition, Respondent shall have thirty (30) days from the date of this Order to file his answer to the allegations of the petition in compliance with Rule 5 of the Rules Governing 2254 Cases in United States District Courts, as explained in the Magistrate Judge's August 6, 2010 Order.

SO ORDERED this 2nd day of March, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA